# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PATRICK THOMPSON**             **PLAINTIFF**

vs.            **4:06CV01653-WRW**

**HARDING UNIVERSITY,** *et al.*            **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 58). Defendants have responded (Doc. No. 59). Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice.

Defendants asked that, if the Court grants Plaintiff's Motion, the Court order Plaintiff to pay Defendants costs before Plaintiff filed and pursued a subsequent claim.[1] If Plaintiff refiles his case, I will determine at that time whether to order Plaintiff to pay costs.

IT IS SO ORDERED this 23rd day of February, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 59.